IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMUNITY COLLEGE OF PHILADELPHIA | : : : | CIVIL ACTION<br>No. 21-3492 |
| v. | : : | |
| BANNERWORKS, INC. (D/B/A KORYN ROLSTAD STUDIOS) | : : | |

## JUDGMENT

AND NOW, this 29th day of January, 2024, after a bench trial, upon consideration of the parties' proposed findings of fact and conclusions of law, and in accordance with the accompanying Memorandum, it is hereby ORDERED judgment is ENTERED:

1. In favor of Plaintiff Community College of Philadelphia and against Defendant Bannerworks, Inc. (d/b/a Koryn Rolstad Studios) on Counts One and Two of the Complaint, in the amount of $233,428.09, consisting of $201,500 in restitution damages and $31,928.09 in prejudgment interest;

2. In favor of Defendant Bannerworks, Inc. and against Plaintiff Community College of Philadelphia on Count Three of the Complaint; and

3. In favor of the Community College against Bannerworks, Inc. on Bannerworks' Counterclaim.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.